IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | | |
|---|---|---|
| DARLENE MELANCON | * | |
| | * | |
| Plaintiff | * | CIVIL ACTION NO.: 5:23-cv-112-DCB-LGI |
| | * | |
| vs. | * | JUDGE: |
| | * | |
| CLIFTON HOUSE, LLC | * | MAGISTRATE: |
| | * | |
| Defendant | * | |
| | * | |

*******************************************

**COMPLAINT**
**(Jury Trial Requested)**

**NOW INTO COURT** comes Plaintiff, Darlene Melancon, by and through undersigned counsel, and files her Complaint against Defendant, Clifton House, LLC, and in support of her cause of action shows the following:

**PARTIES**

1. Plaintiff, Darlene Melancon ("Melancon"), is an adult resident citizen of St. Tammany Parish, Louisiana.

2. Defendant, Clifton House, LLC ("Clifton House"), is a Mississippi limited liability company conducting business and owning property in Mississippi and may be served with process by delivering a copy of the Complaint and Summons to its Registered Agent Robert R. Punches, 319 Market Street, Natchez, MS 39120.

**JURISDICTION AND VENUE**

3. This Court has subject matter jurisdiction under the provision of Title 28, United States Code § 1332, in that this suit is a civil action between citizens of different

States wherein the matter and actual controversy exceeds the sum value of $75,000.00, exclusive of interest and costs.

4. Venue in this civil action is appropriate in this Court pursuant to Title 28, United States Code § 1391, as a substantial part of the events or omissions giving rise to the claims of the Plaintiff occurred, and a substantial part of property that is the subject of this action is situated in the Western Division of this Court, specifically Natchez, Mississippi.

## FACTS AND CAUSES OF ACTION

5. On or about February 24, 2023, Melancon was in Natchez, Mississippi with friends, planning to spend the weekend painting and visiting with friends who were attending an artists workshop.

6. She had reserved a room at the Clifton House, a bed and breakfast owned by Defendant Clifton House and located at 209 Clifton Avenue in Natchez. In the early afternoon of February 24, 2023, Melancon arrived and checked in at the "Guest House," an associated property, where she received her door code and then proceeded to the Clifton House.

7. After arriving at Clifton House, Melancon explored the first floor of the house, including the formal parlor, dining room and kitchen. She then unpacked her vehicle and brought her art bag into the house and set up a painting station.

8. Melancon's friends arrived at the Clifton House for light snacking and relaxation at approximately 5:00 pm to 5:15 pm that evening.

9. While socializing with friends on the front porch of the Clifton House, Melancon took several photos of the Mississippi River, the sunset and her friends. At that same time, Melancon's friend called her name, she turned to her right to see her friend and suddenly fell from the porch of the house.

10. Melancon fell several feet, striking her head on the brick steps and was knocked unconscious. Additionally, she severely injured her left leg as a result of the fall which required emergency surgical intervention. EMS arrived and Melancon was rushed to the emergency room, where she was in and out of consciousness. Her injuries were severe and her treatment, pain and suffering are ongoing.

## COUNT I: NEGLIGENCE

11. Plaintiff re-alleges and restates the above allegations as if fully copied herein.

12. Clifton House owed a duty to Melancon to exercise reasonable care in keeping the premises of Clifton House, including the front porch area, reasonably safe and to warn Melancon of dangerous conditions that were not readily apparent and which Clifton House knew or should have known about.

13. Clifton House breached this duty to Melancon when it failed to install and /or construct banisters or other railing between the columns aligning the front porch of the house. This created an unreasonably dangerous condition / hazard on the premises of the house which Clifton House had actual knowledge of and failed to warn Melancon and others of. Alternatively, this unreasonably dangerous condition / hazard

existed for a sufficient length of time such that Clifton House had constructive knowledge of same.

14. Clifton House's breach of this duty proximately caused Melancon to fall several feet from the front porch of the house onto the ground below, striking her head on the brick steps, severely injuring her left leg, and causing other significant injuries to her back, neck, shoulder, and whole body, which will be shown at trial.

15. As a result of this fall, Melancon suffered significant and permanent damages as set forth below.

## COUNT II: DAMAGES

16. Plaintiff re-alleges and restates the above allegations as if fully copied herein.

17. As a direct and proximate result of Clifton House's negligence, as set forth in each of the preceding paragraphs, Melancon demands from Clifton House the following damages:

   a. Any and all damages set forth in the preceding paragraphs;

   b. Medical and pharmaceutical expenses, past, present, and future;

   c. Noneconomic damages for emotional distress, disability, scarring and disfigurement, and loss of enjoyment of life;

   d. Past, present, and future Economic damages;

   e. Incidental and Consequential damages;

   f. Pre and post judgment interest in an amount determined by this Court;

   g. Any and all additional damages deemed allowable by this Court.

**WHEREFORE, PREMISES CONSIDERED**, Darlene Melancon respectfully demands trial by jury and respectfully requests that judgment be entered against Defendant, Clifton House, LLC, for all actual damages, economic and non-economic, as shown by the evidence, and that Melancon be awarded pre and post-judgment interest in an amount as is determined by this Court, any and all attorneys' fees and costs of litigation, and all such other relief to which Melancon may be entitled.

Respectfully submitted this the 20th day of December, 2023.

                                          Bennett Hodgins Devereaux

                                        */s/ Bennett Hodgins Devereaux*

                                        Matthew L. Devereaux (#101833)
                                        Brandon M. Bennett (LA #32338)
                                        Norman F. Hodgins, III (LA #29909)
                                        500 Water Street
                                        Madisonville, Louisiana 70447
                                        t: (985) 273-5050
                                        f: (504) 571-9112
                                        matthew@bhd.law
                                        brandon@bhd.law
                                        norman@bhd.law

                                        *Counsel for the Plaintiff*