IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**DARLENE MELANCON**                                                              **PLAINTIFF**

**VS.**                                                **CIVIL ACTION NO. 5:23-CV-112-DCB-LGI**

**CLIFTON HOUSE, LLC AND**
**ELLAN GUEST HOUSE, LLC**                                                        **DEFENDANTS**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

**CAME ON FOR CONSIDERATION,** the joint, *ore tenus* motion of the parties for dismissal of this lawsuit with prejudice, and the Court, being advised that the parties have come to an accord and satisfaction to resolve any and all claims arising out of the circumstances which form the basis for this lawsuit, finds the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that any and all claims asserted by Plaintiff against Defendants should be and hereby are dismissed in their entirety and with prejudice with each party to bear its own costs.

SO ORDERED, this the 13th day of January, 2025.

                                              s/David Bramlette
                                        UNITED STATES DISTRICT COURT JUDGE

Agreed to:

*s/Grady Flattmann*                                      *s/Drury Holland*
*s/Matthew Devereaux*                                    *s/Scott Ellzey*
Counsel for Plaintiff                                    Counsel for Clifton House, LLC

*s/Laura Givens*
Counsel for Ellan Guest House, LLC